UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD DELMAN, on behalf of himself and all others similarly situated,

                Plaintiff,

-v-

HEWLETT PACKARD ENTERPRISE CO., et al.,

                Defendants.

Case No. 17-CV-2358 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

    For the reasons stated on the record at the hearing on April 7, 2017, Plaintiff's Motion To Remand is denied, and the case is dismissed without prejudice for lack of jurisdiction. The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

DATED:    April 7, 2017
              White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE